UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

---

| | |
|---|---|
| **ROBERT TODD PERKINS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 06-CV-2177 |
| ) | |
| **JUDGE THEODIS LEWIS, et al.,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

A Report and Recommendation (#75) was filed by the Magistrate Judge in the above cause on December 7, 2006. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#75) is accepted by this court.

(2) The Motion to Dismiss, On Behalf of Defendant United States Marshal's Service (#19) is GRANTED. Defendant United States Marshal's Service is hereby terminated as a Defendant in this case.

(3) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 8th day of January, 2007

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE